UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:09-CR-00085(01) RM |
| | ) | |
| MICHAEL HOWELL | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 7, 2010 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Michael Howell's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  February 1, 2010

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court